# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **KEITH MARKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:08-CV-00805-RDP-HGD |
| ) | |
| **MARSHALL COUNTY and THE** ) | |
| **ATTORNEY GENERAL OF THE STATE** ) | |
| **OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## DISMISSAL ORDER

On May 20, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On May 23, 2008, Petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that this action be and the same hereby is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this     10th     day of June, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE